JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709

SKYLER H. PEARSON
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
skyler.pearson@usdoj.gov

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Mozhgan Arman, | Case No. 2:22-cv-00997-JCM-BNW |
| Plaintiff, | **Stipulation to Extend the United States' Deadline to Answer** |
| v. | **First Request** |
| United States Department of State, U.S. Embassy in Ankara, Turkey, Anthony Blinken, United States Secretary of State, and Jeffery L. Flake, Ambassador of the United States at the U.S. Embassy in Ankara, Turkey, | |
| Defendants. | |

Plaintiff Mozhgan Arman and the United States of America, on behalf of Federal Defendants, United States Department of State, U.S. Embassy in Ankara, Turkey, Anthony Blinken, and Jeffery L. Flake, through counsel, hereby stipulate and agree as follows:

1.      Plaintiff filed his Complaint on June 24, 2022.

2.      Plaintiff served the United States Attorney's Office for the District of Nevada with a copy of the Summons and Complaint on June 27, 2022.

3.      The current deadline for Federal Defendants to answer or otherwise respond is August 26, 2022.

4.      The parties have begun working together to see if this case can be resolved administratively, without court intervention, and have accordingly agreed that the United States shall have 30 additional days to file an answer or other responsive pleading on behalf of Federal Defendants.

5.      This stipulation is made in good faith and not for the purpose of delay.

Therefore, the parties request that the Court extend the deadline for the United States to answer or otherwise respond by 30 days to September 26, 2022, the first weekday 30 days after the current responsive deadline.

Respectfully submitted this 17th day of August 2022.

JASON M. FRIERSON
United States Attorney

_/s/ James O. Hacking III_
JAMES O. HACKING III
MO BAR #46728
10900 Manchester Road, Suite 203
St. Louis, MO 63122
jim@hackingimmigrationlaw.com

_Attorney for Plaintiff_

_/s/ Skyler H. Pearson_
SKYLER H. PEARSON
Assistant United States Attorney

_Attorneys for the United States_

**IT IS SO ORDERED:**

**UNITED STATES MAGISTRATE JUDGE**

**DATED:** August 18, 2022

2