JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709

SKYLER H. PEARSON
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
skyler.pearson@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Mozhgan Arman,<br><br>           Plaintiff,<br><br>     v.<br><br>United States Department of State, U.S. Embassy in Ankara, Turkey, Anthony Blinken, United States Secretary of State, and Jeffery L. Flake, Ambassador of the United States at the U.S. Embassy in Ankara, Turkey,<br><br>           Defendants. | Case No. 2:22-cv-00997-JCM-BNW<br><br>**Stipulation to Extend the United States' Deadline to Answer**<br><br>**Second Request** |

Plaintiff Mozhgan Arman and the United States of America, on behalf of Federal Defendants, United States Department of State, U.S. Embassy in Ankara, Turkey, Anthony Blinken, and Jeffery L. Flake, through counsel, hereby stipulate and agree as follows:

1. Plaintiff filed his Complaint on June 24, 2022.

2. Plaintiff served the United States Attorney's Office for the District of Nevada with a copy of the Summons and Complaint on June 27, 2022.

3. The original deadline for Federal Defendants to answer or otherwise respond was August 26, 2022.

4. The parties began working together to see if this case can be resolved administratively, without court intervention, and stipulated that the United States should have 30 additional days to file an answer or other responsive pleading on behalf of Federal Defendants (ECF No. 12).

5. The Court granted the parties' stipulation, giving the Federal Defendants until September 26, 2022, to respond to the complaint (ECF No. 13).

6. Since the last stipulation to extend, the parties have continued to engage in discussions to see if the case can be resolved without court intervention. Plaintiff provided the agency documents, and the agency is currently reviewing those documents. However, the agency's review will take longer than the originally expected 30 days.

Therefore, the parties request that the Court again extend the deadline for Federal Defendants to answer or otherwise respond to Plaintiffs' complaint by another 30 days to October 26, 2022.

Respectfully submitted this 16th day of September 2022.

JASON M. FRIERSON
United States Attorney

/s/ James O. Hacking III
JAMES O. HACKING III
MO BAR #46728
10900 Manchester Road, Suite 203
St. Louis, MO 63122
jim@hackingimmigrationlaw.com

*Attorney for Plaintiff*

/s/ Skyler H. Pearson
SKYLER H. PEARSON
Assistant United States Attorney

*Attorneys for the United States*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: September 19, 2022

2